**NEW YORK TIMES COMPANY,**

v.

**NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, Appellants.**

**No. 87–5244.**

United States Court of Appeals, District of Columbia Circuit.

Oct. 5, 1988.

Before WALD, Chief Judge, and ROBINSON, MIKVA, EDWARDS, RUTH BADER GINSBURG, STARR, SILBERMAN, BUCKLEY, WILLIAMS, D.H. GINSBURG and SENTELLE, Circuit Judges.

### ORDER

Appellant's suggestion for rehearing *en banc* has been circulated to the full court. The taking of a vote was requested. Thereafter, a majority of the judges of the court in regular active service voted in favor of the suggestion. Upon consideration of the foregoing, it is

ORDERED, by the Court *en banc*, that this case will be considered and decided by the Court sitting *en banc*.

A future order will govern further proceedings.